UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME JACKSON DENNY, JR., | No. 2:13-cv-0489 TLN AC P |
| Petitioner, | |
| v. | **ORDER** |
| RALPH M. DIAZ, | |
| Respondent. | |

On March 7, 2014, this Court adopted the Findings and Recommendations of Magistrate Judge Allison Claire (*See* ECF No. 22), determining that Jerome Jackson Denny, Jr.'s ("Petitioner") petition for habeas corpus relief was barred pursuant to the Antiterrorism and Effective Death Penalty Act's (AEDPA) one-year statute of limitations for habeas relief. (*See* Order, ECF No. 24.) Consequently, this case was closed. (*See* Judgment, ECF No. 25.)

On March 25, 2014, Petitioner filed a Motion for Reconsideration. (*See* Mot. Recon, ECF No. 26.) In Petitioner's motion, he alleges that he is innocent and thus his petition is not time barred. However, for Petitioner to succeed in tolling AEDPA's statute of limitations, he must "show that it is more likely than not that no reasonable juror would have convicted him in light of the new evidence...." *Schlup v. Delo*, 513 U.S. 298, 327 (1995). *Schlup* additionally requires a petitioner "to support his allegations of constitutional error with new reliable evidence—whether it be exculpatory scientific evidence, trustworthy eyewitness accounts, or critical physical

1

evidence—that was not presented at trial." *Lee v. Lampert*, 653 F.3d 929, 938 (9th Cir. 2011) (quoting *Schlup*, 513 U.S. at 324). Petitioner has failed to do so and thus his Petition is time barred. As such, Petitioner's Motion for Reconsideration is hereby DENIED.

IT IS SO ORDERED.

Dated: April 4, 2014

Troy L. Nunley
United States District Judge

2